

**FILED**
CLERK, U.S. DISTRICT COURT
6/22/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:23-MJ-00305-DUTY |
| v. | 17cr1697-CAB-2 |
| Christopher John Qualters | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: UNITED STATES DISTRICT COURT in the Southern District of California on July 21, 2021 at 11.49 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about July 19, 2021 in violation of Title 18 U.S.C., Section(s) 3606 to wit: Probation Violation

A warrant for defendant's arrest was issued by: Honorable Cathy Ann Bencivengo

Bond of $ _____ was [ ] set / [ ] recommended.

Type of Bond: NO BAIL

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/22/23
                Date

*David J Gibson*
Signature of Agent

D. Gibson
Print Name of Agent

USMS
Agency

DUSM
Title